IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00069-MSK-PAC

DANIEL PETERSEN,

    Plaintiff,

v.

LEONARD STEINKE, and
WOLF AUTO CENTER STERLING, LLC,

    Defendants.

## ORDER DISCHARGING ORDER TO SHOW CAUSE

THIS MATTER comes before the Court on an Order to Show Cause Why Claims Should not be Dismissed **(#3)**.  The Plaintiff filed an Amended Complaint **(#5)** which cures the deficiencies in the original Complaint.

**IT IS THEREFORE ORDERED** that the Order to Show Cause **(#3)** is deemed satisfied and is **DISCHARGED**.

Dated this 30th day of January, 2007

                                          **BY THE COURT:**

                                          */s/ Marcia S. Krieger*

                                          Marcia S. Krieger
                                          United States District Judge