IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00069-MSK-PAC

DANIEL PETERSEN, individually and on behalf of the other heirs and beneficiaries of the Estate of Daniel R. Petersen and Lois J. Petersen,

    Plaintiff(s),

v.

LEONARD STEINKE, and
WOLF AUTO CENTER STERLING, LLC,

    Defendant(s).
_____

## MINUTE ORDER
_____

### ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER

    IT IS HEREBY **ORDERED** that the Unopposed Motion to Vacate and Reschedule Scheduling and Planning Conference [filed February 5, 2007; Doc. No. 18] is **GRANTED** as follows:

    The Scheduling Conference set for March 8, 2007 is *vacated and reset* to **April 10, 2007 at 10:00 a.m.**, in Courtroom A501.  The proposed Scheduling Order is due on or before **April 5, 2007.**

    In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated:  February 6, 2007