IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00069-MSK-PAC

DANIEL PETERSEN,

        Plaintiff,

v.

LEONARD STEINKE, and
WOLF AUTO CENTER STERLING, LLC,

        Defendants.

---

## ORDER GRANTING MOTION FOR CLARIFICATION

---

THIS MATTER comes before the Court on the Plaintiff's Motion for Clarification **(#17)**.

Having considered the same, the Court

**FINDS** and **CONCLUDES** that:

When the Plaintiff commenced this action, the case caption stated that he was asserting

claims on behalf of the heirs and beneficiaries of an Estate.  It also appeared from the Complaint

that the Plaintiff was asserting claims on behalf of his sister, Amy Master.  Because there were no

allegations as to the citizenship of the decedents or Amy Master, the Court issued an Order

directing the Plaintiff to show cause why his claims should not be dismissed for lack of subject

matter jurisdiction.

The Plaintiff filed an Amended Complaint.  He no longer purports to assert claims on

behalf of the Estate or his sister.  Therefore, the Court discharged the Order to Show Cause.

Subsequent to its discharge, the Defendants filed a response to the Order to Show Cause.

They contend that the Amended Complaint does not cure the deficiencies in the original

Complaint, and contend that the Plaintiff's claims should be dismissed.  The Plaintiff now asks the

Court whether he is required to respond to the Defendants' response to the Order to Show Cause.

The Court discharged the Order to Show Cause, and thus, there is no need for the Plaintiff

to respond to the Defendants' response to the same.  Indeed, the Defendants have made their

jurisdictional arguments in a separate motion **(#24)**, to which the Plaintiff has responded **(#32)**.

**IT IS THEREFORE ORDERED** that the Plaintiff's Motion for Clarification **(#17)** is

**GRANTED**, as specified in this Order.

Dated this 30th day of March, 2007

**BY THE COURT:**

Marcia S. Krieger
United States District Judge

2